# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 18-01019 JVS (KESx) | Date | December 17, 2018 |
| Title | Robin Simmons et al v. Target Corporation et al | | |

Present: The Honorable    James V. Selna

| Karla Tunis | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**    (In Chambers) Order to Show Cause re Dismissal for Lack of Prosecution

**On November 2, 2018, the Court granted defendants motion for more directed statement and plaintiff was granted 21 days leave to file an amended complaint. As of today, an amended complaint has not been filed.**

**The Court hereby ORDERS plaintiff to Show Cause, in writing, not later than December 28, 2018, why this action should not be dismissed for lack of prosecution.**

**The Court VACATES the Scheduling Conference, currently set for January 14, 2019, to be reset upon resolution of the Order to Show Cause.**

| | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |